UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIO ROSAS, | Case No. 2:24-cv-09364 JWH (PVC) |
|---|---|
| Petitioner, | |
| V. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| RICHARD IVES, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.
2. The Motion to Dismiss is **GRANTED**.
3. The Amended Petition is **DENIED**.
4. Judgment shall be entered **DISMISSING** this action **with prejudice**.
5. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**IT IS SO ORDERED.**

DATED: July 21, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE