JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO ROSAS,

            Petitioner,

     v.

RICHARD IVES, Warden,

            Respondent.

Case No. 2:24-cv-09364 JWH (PVC)

**JUDGMENT**

1    Pursuant to the Court's Order Accepting Findings, Conclusions, and

2  Recommendations of United States Magistrate Judge,

3    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-

4  captioned action is **DISMISSED with prejudice**.

5    **IT IS SO ORDERED.**

6

7  DATED:  July 21, 2025

8                                                John W. Holcomb
                                                 UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2